UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-08148-Cr-Ryskamp/Johnson(s)(s)

UNITED STATES OF AMERICA

vs.

FRANTZ RENE
    a/k/a "Franki,"

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above named defendant.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Janice LeClainche, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services
       Special Agent

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 8/19/08

KENNETH L. RYSKAMP
UNITED STATES DISTRICT COURT JUDGE